**Electronically Filed
Supreme Court
SCWC-12-0000025
26-JAN-2017
10:49 AM**

SCWC-12-0000025

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

---

GORAN PLEHO, LLC, a Hawaiʻi Limited Liability Company (dba Resorts Limousine Services), GORAN PLEHO and ANA MARIA PLEHO, Petitioners/Plaintiffs-Appellants/Cross-Appellees,

vs.

DAVID W. LACY, LACY AND JACKSON, LLLC, a Hawaiʻi Limited Liability Law Company, Respondents/Defendants-Appellees/Cross-Appellants,

and

DRAGAN RNIC, Respondent/Defendant-Appellee.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-12-0000025; CIV. NO. 06-1-101K)

ORDER ACCEPTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Nakayama, McKenna, Pollack, and Wilson, JJ.)

Petitioners/Plaintiffs-Appellants/Cross-Appellees Goran Pleho, LLC, Goran Pleho, and Ana Maria Pleho's application for writ of certiorari filed on December 12, 2016, is hereby accepted, and will be scheduled for oral argument. The parties will be notified by the appellate clerk regarding scheduling.

DATED: Honolulu, Hawaiʻi, January 26, 2017.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Richard W. Pollack

/s/ Michael D. Wilson

